THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R.T., an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>RRI WEST MANAGEMENT, LLC,<br><br>      Defendant. | Case No. 2:24-cv-00590-JNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br><br>**MAY 23, 2024** |

## STIPULATION

The parties, through their respective counsel, hereby stipulate and agree as follows:

WHEREAS on May 20, 2024, Plaintiff's counsel agreed to extend Defendant's responsive pleading deadline by forty-five (45) days from the date of the filing of this stipulation in exchange for Defendant's acceptance of service of process.

Based on the foregoing, and subject to approval by this Court, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant's undersigned counsel that the time for Defendant to answer, move, or otherwise respond to the Complaint is July 12, 2024.

STIPULATION AND ORDER FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT - 1
CASE NO. 2:24-cv-00590-TLF

130887.0020/9758503.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

DATED: May 23, 2024

LANE POWELL PC

By: _s/Andrew G. Yates_
Andrew G. Yates, WSBA No. 34239
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
(206) 206) 223-7000
yatesa@lanepowell.com

TUCKER ELLIS LLP
Chelsea Mikula *(pro hac vice pending)*
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
(216) 592-5000
chelsea.mikula@tuckerellis.com

Sandra J. Wunderlich, *pro hac vice pending*
100 South 4th Street, Suite 600
St. Louis, MO 63102-1822
(314) 256-2550
sandra.wunderlich@tuckerellis.com

Nicholas V. Janizeh, *pro hac vice pending*
Amanda Villalobos, *pro hac vice pending*
515 South Flower Street, 42nd Floor
Los Angeles, CA 90071-2223
(213) 430-3400
nicholas.janizeh@tuckerellis.com
amanda.villalobos@tuckerellis.com

*Attorneys for Defendant*

STIPULATION AND ORDER FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT - 2
CASE NO. 2:24-cv-00590-TLF

130887.0020/9758503.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

RESTORE THE CHILD, PLLC

By:  *s/Susanna L. Southwoth*
Susanna L. Southworth, PhD, JD, WSBA #35687
*Attorney-at-Law*
Restore the Child, PLLC
2522 N Proctor St, Ste 85
Tacoma, Washington 98406
Phone: (253) 392-4409
susanna@restorethechild.com

DOUGLAS & LONDON PC
Randolph Janis, *Pro Hac Vice pending*
59 Maiden Lane, 6th Floor
New York, NY 10038
(212) 566-7500
rjanis@douglasandlondon.com

*Attorneys for Plaintiff*

ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that:

The deadline for Defendant to answer the complaint is now due on July 12, 2024.

DATED: May 30, 2024

Jamal N. Whitehead
United States District Judge

STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - 3
CASE NO. 2:24-cv-00590-TLF

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

130887.0020/9758503.1