HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

### AT SEATTLE

R.T., an individual,

      Plaintiff,

      v.

RRI WEST MANAGEMENT, LLC,

      Defendant.

)
)
)
)
)
)
)
)
)
)

CASE NO. 2:24-cv-00590-JNW

**ORDER GRANTING JOINT STIPULATION TO AMEND THE SCHEDULING ORDER**

The Court has considered the parties' Stipulated Motion to Amend Case Schedule and finds that it should be granted, in the furtherance of justice. Accordingly, the following case schedule is set:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | January 12, 2026 | April 13, 2026 |
| Disclosure of rebuttal testimony under Fed. R. Civ. P. 26(a)(2) | Within 30 days after the other party's expert disclosure | Within 30 days after the other party's expert disclosure |
| | | |

Order Granting Joint Stipulation to Amend Scheduling Order - 1
CASE NO. 2:24-cv-00590-JNW

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| All motions related to discovery must be filed by (*see* LCR 7(d)) | February 11, 2026 | May 11, 2026 |
| Discovery completed by | March 13, 2026 | June 12, 2026 |
| All dispositive motions and motions to challenge expert witness testimony must be filed by (*see* LCR 7(d)) | April 13, 2026 | July 13, 2026 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | June 11, 2026 | September 10, 2026 |
| All motions in limine must be filed by (*see* LCR 7(d)) | July 1, 2026 | October 1, 2026 |
| Deposition designations must be submitted to the Court by (*see* LCR 32(e)) | July 20, 2026 | October 20, 2026 |
| Agreed pretrial order due | July 20, 2026 | October 20, 2026 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be field by | July 27, 2026 | October 27, 2026 |
| Pretrial conference | August 3, 2026 | November 3, 2026 |
| Jury Trial begins | August 10, 2026 | November 9, 2026 |

It is so ordered.

Dated this 17th day of January, 2026.

Jamal N. Whitehead
United States District Judge

Order Granting Joint Stipulation to Amend Scheduling Order
- 2
CASE NO. 2:24-cv-00590-JNW